**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 30, 2023

**Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Thursday, July 20, 2023**

Ms. Michelle A Thomas
Dickie, McCamey & Chilcote
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236

Mr. Samuel Weiss
Rights Behind Bars
416 Florida Aveue, N.W., Unit 26152
Washington, DC 20001

Ms. Mindy Ann Worly
Office of the Attorney General of Ohio
30 E. Broad Street, 23rd Floor
Columbus, OH 43215

Re:  No. 22-3781, *Lyle Heyward v. Heather Cooper, et al*

Dear Counsel:

   Your case is scheduled for oral argument at **9:00 a.m. (Eastern Time) on Thursday, July 20, 2023** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  The time allotted for oral argument is 15 minutes for Plaintiff; 15 minutes to be shared by Defendants.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

   Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **June 13, 2023**.

   On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**.  Court will convene at 9:00 a.m.  Once you enter the courthouse, you

must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                                Sincerely yours,

                                                s/Karen S. Fultz
                                                Calendar Deputy

cc:  Mr. Ibrahim S. Abdul-Rahim
     Ms. Kristin Lynn Wedell